IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-BNB

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED, and
NATHAN ALGIEN, in their individual capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for leave to file a supplemental complaint submitted by Plaintiff Michael Milligan and filed with the Court on July 10, 2006. He also tendered a supplemental complaint on July 10. The motion to file a supplemental complaint is GRANTED.

    Mr. Milligan previously filed a complaint and an amended complaint. Mr. Milligan is ordered to file a second amended complaint **within thirty (30) days from the date of this minute order**. The clerk of the Court is directed to mail to Mr. Milligan, together with a copy of this order, the proper, Court-approved form for filing a Prisoner Complaint.

    Mr. Milligan is ordered to use the Court-approved form for filing his Second Amended Prisoner Complaint, which he must label as such. Mr. Milligan must include in the second amended complaint all the claims he wishes to raise in this action. The Court will not refer to the complaint he originally filed, to the amended complaint, or to the supplemental complaint to piece together Mr. Milligan's claims or to determine whether he has exhausted his claims through the Colorado Department of Corrections' three-step administrative grievance process. Failure within the time allowed to file a

second amended complaint that complies with this order will result in the dismissal of this action.

Dated: July 12, 2006

---

Copies of this **Minute Order, and two copies of Prisoner Complaint** were mailed on July 12, 2006, to the following:

Michael Milligan
Prisoner No. 42327
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk