IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-BNB

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED, and
NATHAN ALGIEN, in their individual capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION

Plaintiff Michael Milligan is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon, Colorado, correctional facility. He has filed *pro se* a complaint, an amended complaint, and a supplemental complaint pursuant to 42 U.S.C. § 1983 (2003) and 28 U.S.C. § 1343 (1993).

On July 11, 2006, he also submitted a motion for a temporary restraining order and a preliminary injunction and a supporting memorandum and declaration. The Court must construe the motion and supporting documents liberally because Mr. Milligan is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the motion for a temporary restraining order and a preliminary injunction will be denied.

Mr. Milligan seeks a restraining order to prevent Defendants from retaliating

against him by executing their threat to send him to an out-of-state correctional facility during the pendency of the instant lawsuit in this Court and on appeal. A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Milligan fails to allege any facts that demonstrate he is facing immediate and irreparable injury. Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b). Therefore, the motion for a temporary restraining order and a preliminary injunction will be denied. Accordingly, it is

ORDERED that the motion for a temporary restraining order and a preliminary injunction submitted by Plaintiff Michael Milligan and filed with the Court on July 11, 2006, is denied.

DATED at Denver, Colorado, this 14 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00911-BNB

Michael Milligan
Doc No. 42327
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/17/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk