IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-BNB

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED, and
NATHAN ALGIEN, in their individual capacities,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for waiver of the monthly filing fee payment submitted to and filed with the Court on August 15, 2006, is DENIED. Plaintiff's motion for an extension of time in which to file a second amended complaint as directed in the July 12, 2006, minute order is GRANTED. Plaintiff will be allowed to submit a second amended complaint **within ten (10) days from the date of this minute order**. Failure within the time allowed to file a second amended complaint that complies with the July 12 minute order will result in the dismissal of this action.

Dated: August 16, 2006

---

Copies of this **Minute Order** were mailed on August 16, 2006, to the following:

Michael Milligan
Prisoner No. 42327
Fremont Corr. Facility
P.O. Box 999
Canon City, CO 81215

                                        Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2006

GREGORY C. LANGHAM
CLERK