IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00911-ZLW

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE,
ENDRE SAMU, in their individual capacities,

    Defendants.

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on June 7, 2007, this civil action is reinstated in keeping with ***Jones v. Bock***, 127 S. Ct. 910 (Jan. 22, 2007). Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on June 7, 2007.

DATED at Denver, Colorado, this 13 day of June, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00911-BNB

Michael Milligan
Prisoner No. 42327
Fremont Correctional Facility
PO Box 999 - Unit 4-E-1
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6-13-07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk