IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE, and
ENDRE SAMU, in their individual capacities,

    Defendants.

---

## **ORDER**

---

THIS MATTER is before the Court in connection with Plaintiff's Written Objections to the Magistrate Judge's Recommendation on Defendants' Motion to Dismiss (filed September 9, 2008). I note that I issued an Order on September 8, 2008, affirming and adopting the Recommendation of Magistrate Judge Watanabe, wherein I stated that Plaintiff had not filed any objections to the Recommendation. Plaintiff filed his objections the day after that Order was filed.

I question whether Plaintiff's Objections filed on September 9, 2008, are timely given the fact that the Recommendation was issued on August 20, 2008. However, in the interest of fairness I will consider the Objections on the merits. The Order Affirming and Adopting Recommendation of United States Magistrate Judge filed September 8, 2008, shall be withdrawn, and I shall issue a new Order on the Recommendation taking into account Plaintiff's Objections.

Based on the foregoing, it is

ORDERED that the Order Affirming and Adopting Recommendation of United States Magistrate Judge filed September 8, 2008, is **WITHDRAWN**. I will issue a new Order on the Recommendation which addresses Plaintiff's Objections.

Dated: September 10, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge