IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

    Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE, and
ENDRE SAMU, in their individual capacities,

    Defendants.

## ORDER OVERRULING OBJECTIONS

THIS MATTER comes before the Court on "Plaintiff's Objections to Order Allowing Defendant to Challenge Claims Four and Five after Discovery is Completed Based on Statute of Limitations" (Doc. 100 filed October 3, 2008). Plaintiff objects therein to the portion of my Order Affirming in Part and Rejecting in Part the Recommendation of United States Magistrate Judge which allowed Defendants to challenge Claims Four and Five after discovery is completed based upon the statute of limitations.

I overrule the Objections. The statute of limitations may properly be raised by Defendants as they have not been addressed on the merits. There was thus no need for Defendants to object to the Recommendation or my Order.

Dated: October 6, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge