IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE, and
ENDRE SAMU,
    in their individual capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

    It is hereby **ORDERED** that the defendants' Motion to Vacate Settlement Conference (Docket No. 116) is granted, finding good cause shown. The Settlement Conference set for January 14, 2009, at 1:30 p.m. is thus vacated. It is further

    **ORDERED** that the defendants' Motion for Enlargement of Time to Answer Plaintiff's Discovery (Docket No. 117) is granted, finding good cause shown. Defendants shall thus have up to and including January 20, 2009, to respond to plaintiff's outstanding discovery demands. It is thus further

    **ORDERED** that the plaintiff's Motion to Compel (Docket No. 114) is denied without prejudice.

Date: January 8, 2009