IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE, and
ENDRE SAMU,
    in their individual capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion Requesting Modification of Scheduling Order Deadlines (docket no 120) and the Pro Se Incarcerated Plaintiff's Motion Requesting Issuance of Subpoenas (docket no. 121) are both DENIED finding a lack of "good cause." Moreover, this court further denies both motions (docket nos. 120 and 121) for those reasons that have been previously outlined in Magistrate Judge Watanabe's Recommendation (docket no. 128) that concerns the Pro Se Incarcerated Plaintiff's Motion for Leave to File Supplemental Complaint (docket no. 126) and for those additional reasons as outlined in Defendants' Response ( docket no. 132) to the subject motion. This court incorporates by reference those reasons as outlined in docket no. 128 and in the Defendants' Response (docket no. 132) in my findings for denying both motions.

Date: February 11, 2009