IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED,
NATHAN ALGIEN,
JOHN DOE, and
ENDRE SAMU,
    in their individual capacities,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

    It is hereby ORDERED that Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Preliminary Injunction (Docket No. 150) is granted, and Defendants shall thus have up to and including April 20, 2009, to respond to Plaintiff's Motion for Preliminary Injunction (Docket No. 144).  It is further

    ORDERED that Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Discovery (Docket No. 152) is granted, and Defendants shall thus have up to and including April 28, 2009, to respond to Plaintiff's discovery requests.  It is thus further

    ORDERED that Plaintiff's Motion to Compel Discovery (Docket No. 148) is denied without prejudice.

Date: April 15, 2009