IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

    It is hereby ORDERED Plaintiff's Motion for Preliminary Injunction (Docket Nos. 139 and 144) is deemed withdrawn based upon plaintiff's statements in his Reply (Docket No. 183).

Date: June 11, 2009