IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

It is hereby ORDERED that the Motion to Vacate Final Pretrial Conference, DN 196, filed with the Court on July 16, 2009, is GRANTED. The Final Pretrial Conference set on July 29, 2009, at 10:00 a.m. is VACATED.

Date:  July 17, 2009