IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00911-WYD-MJW

MICHAEL MILLIGAN,

Plaintiff,

v.

BILL REED, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion Requesting the Court Enter Default Judgment Against Defendants' [sic] Pursuant to Fed. R. Civ. P. 55(b) and Summary Judgment Pursuant to Fed.R. Civ. P. 56(e) For Their Failure to File a Response to the Plaintiff's Motion for Summary Judgment as Required by the Federal Rules of Civil Procedure **(Docket No. 206)**, in which plaintiff essentially seeks a ruling that defendants have confessed plaintiff's motion for summary judgment, is **denied** because defendants timely filed their response to the plaintiff's motion for summary judgment.  (See Docket No. 191, Minute Order giving defendants up to and including July 2, 2009, to file their response; Docket No. 194, defendants' response filed July 2, 2009).

Date:  August 13, 2009